
FILED
John E. Triplett, Acting Clerk
United States District Court
By STaylor at 1:50 pm, Aug 05, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

ASHIF JIWA,

        Petitioner,

    v.

TRACY JOHNS,

        Respondent.

CIVIL ACTION NO.: 5:20-cv-40

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 13.  Petitioner Ashif Jiwa ("Jiwa") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Jiwa's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Jiwa

*in forma pauperis* status on appeal.

    **SO ORDERED**, this _____5_____ day of _____August_____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)